IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL BAEZ, | No. 4:21-CV-00728 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| C.O. HENRY *et al.*, | |
| Defendants. | |

## ORDER

### SEPTEMBER 14, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' cross motion for summary judgment,[1] is **GRANTED**. Judgment is hereby entered in favor of all Defendants and against the Plaintiff.

2. Plaintiff's motion for summary judgment,[2] is **DENIED**.

3. Plaintiff's motion for mediation/neutral evaluation[3] is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

---

[1] Doc. 81.
[2] Doc. 73.
[3] Doc. 95.

5.  Any appeal from this Order will be deemed frivolous, lacking merit, and not taken in good faith.[4]

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] *See* 28 U.S.C. § 1915(a)(3).